IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MASOUD BASSIRI, et al.,<br><br>          Plaintiffs<br><br>          v.<br><br>HILTON J. GARCIA-AGUIRRE,<br><br>          Defendant | CIVIL NO. 07-1619 (JP) |

**FINAL JUDGMENT**

    The parties hereto advise the Court that they have settled this case.  Pursuant thereto, the Court **ENTERS JUDGMENT FOR PLAINTIFFS** Masoud Bassiri and María del Rosario Connor-Cerezo a/k/a María Bassiri to have and recover the sum of **ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00)** against Defendant Hilton J. García-Aguirre.

    The terms of the payment are as follows:  A certified check in the amount of **ONE HUNDRED THOUSAND DOLLARS ($100,000.00)** shall be paid to Plaintiffs **on or before February 15, 2008.**  The balance of **FIFTY THOUSAND DOLLARS ($50,000.00)** shall be paid to Plaintiffs, in the form of a certified check, **on or before July 15, 2008.**

    This Judgment is entered without the imposition of costs or attorneys' fees.  This Judgment is a release from all damages and causes of action exercised in the Complaint and all damages and causes of action that could follow or emanate from the facts stated therein.

    Provided further that the lien filed in the Registry of the Property in favor of Plaintiffs hereto for this payment shall

CIVIL NO. 07-1619 (JP)            -2-

continue in full force and effect until **February 15, 2008,** upon payment of **ONE HUNDRED THOUSAND DOLLARS ($100,000.00),** to be paid via certified check.  Plaintiffs shall inform the Court of receipt of such payment, and the Court will issue an Order to reduce the embargo to the sum of **FIFTY THOUSAND DOLLARS ($50,000.00).**  The balance of **FIFTY THOUSAND DOLLARS ($50,000.00),** to be paid via certified check, is due on or before **July 15, 2008.**  Plaintiffs shall inform the Court of receipt of such payment.  At that time, full release shall be given by Plaintiffs herein of full payment of this Judgment. Accordingly, the Court will then issue an Order to vacate the **FIFTY THOUSAND ($50,000.00)** embargo recorded in the Registry of the Property.  The Defendant shall be responsible for all expenses stemming from the reduction and subsequent release of the embargo recorded in the Registry of the Property.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 14th day of January, 2008.

                                                   s/Jaime Pieras, Jr.
                                                      JAIME PIERAS, JR.
                                               U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

  s/Antonio A. Arias-Larcada         s/Hilton J. García-Aguirre

ANTONIO A. ARIAS-LARCADA, ESQ.    HILTON J. GARCIA-AGUIRRE, ESQ.
ROBERTO ABESADA-AGUET, ESQ.      *Pro Se*
McConnell Valdés
Attorneys for Plaintiffs